AO91 (Rev. 12/03)   Criminal Complaint                                                                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs. | **CRIMINAL COMPLAINT**<br>Case Number: 7:19-po-07093 |

Carlos Cesar VELA-Hernandez
IAE
Mexico 1999

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **May 19, 2019** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Carlos Cesar VELA-Hernandez was encountered by Border Patrol Agents near Roma, Texas on May 19, 2019.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on May 19, 2019 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Shears-Jr, Cipriano  Border Patrol Agent
Signature of Complainant

Shears-Jr, Cipriano   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 21, 2019                                                      at   McAllen, Texas
Date                                                                         City/State

J Scott Hacker            U.S. Magistrate Judge
Name of Judge           Title of Judge                       Signature of Judge